## Woodlawn Union Baptist Church et al., Appellees, v. Hamilton D. Martin et al., Appellants.

**Gen. No. 42,287.**

HEBEL, P. J., not participating.

opinion filed November 17, 1943. Ellis & Westbrooks and Lucia Theodosia Thomas, for appellants; Richard E. Westbrooks, of counsel; William H. Haynes, for appellees. Opinion by JUSTICE KILEY. Not to be published in full.

## William Langford, Appellant, v. Paul F. Smith, Appellee.

**Gen. No. 42,405.**

HEBEL, P. J., not participating.

opinion filed November 17, 1943. James A. Dayton and William H. Leigh, for appellant; Rosen, Francis & Cleveland, for appellee. Opinion by JUSTICE KILEY. Not to be published in full.